AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-cv-01321-JFW (DTB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**FILED**
2024 FEB -2 PM 4:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY ___DME___

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **PAULINA VELASQUEZ**, who is designated by law to accept service of process on behalf of *(name of organization)* **SSA**
**Social Worker** on *(date)* **1/18/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1/18/24**

*Server's signature*

**Rex Nguyen**
*Printed name and title*

**9763 Hibiscus Ave, Fountain Valley 92708**
*Server's address*

Additional information regarding attempted service, etc: