Zachary M. Schwartz, Esq. (SBN 286498)
Kiran S. Idrees, Esq. (SBN 349485)
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558
949-864-3400; fax: 949-864-9000
Email: *zachary.schwartz@knchlaw.com*
*kiran.idrees@knchlaw.com*

Attorneys for Defendants,
COUNTY OF ORANGE, PAULINA VELASQUEZ, ANDY NGUYEN, FRANCINA ANDERSON, ELIZABETH MOUA, BRITTANY CHAMBLESS. NORMA AVILA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CORNELIA SCHMITT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE COUNTY CALIFORNIA, a County Government, and MICHELLE TOLOSA, an individual; PAULINA VELASQUEZ; an individual; ANDY NGUYEN, an individual; FRANCINA ANDERSON, an individual; CHAU DO-AZNAUR, an individual; MARY DO-AZNAUR, an individual; ELIZABETH MOUA, an individual; BRITTNEY CHAMBLESS, an individual; NORMA AVILA, an individual; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: 8:23-cv-01321-JFW (DTB)<br>Assigned to: Hon. John F. Walter<br>Crt. Rm: 7A<br>Magistrate: David T. Bristow<br>Crt. Rm: 4<br><br>**DEFENDANTS COUNTY OF ORANGE, PAULINA VELASQUEZ, ANDY NGUYEN, FRANCINA ANDERSON, ELIZABETH MOUA, BRITTANY CHAMBLESS, AND NORMA AVILA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(b)6)]**<br>*Filed concurrently with Memo of Points and Authorities; Declaration of Kiran Idrees; Proposed Order*<br><br>DATE:      March 14, 2024<br>TIME:       10:00 AM<br>CRT RM:   4<br><br>Action Date:   7/21/23<br>Trial Date:     N/A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 14, 2024 at 10:00 AM in Courtroom 6A of the above entitled court located at the George E. Brown, Jr. United States Courthouse, 3470 12th Street, 3rd Floor, Courtroom 4, Riverside, CA 92501, Defendants COUNTY OF ORANGE, PAULINA VELASQUEZ, ANDY NGUYEN, FRANCINA ANDERSON, ELIZABETH MOUA, BRITTANY CHAMBLESS, and NORMA AVILA (collectively "County Defendants") will and hereby move this Court pursuant to Federal Rule of Civil Procedure (FRCP) 12(b)(6) to dismiss Plaintiff ASHLEY CORNELIA SCHMITT's First Amended Complaint ("FAC") for failure to state a claim.

In particular, the Defendants move to dismiss the following claims for relief and causes of action on the following grounds:

1. The first claim is barred by the two-year statute of limitations and also fails to allege sufficient facts to state a plausible claim under 42 U.S.C. § 1983 against the County pursuant to *Monell* for violation of the plaintiff's Procedural Due Process rights based upon alleged failure to enforce or train by the County of Orange.

2. The second claim is barred by the two-year statute of limitations and also fails to allege sufficient facts against the County of Orange to state a plausible §1983 claim for deprivation of a parent-child relationship in violation of the 14th Amendment for the alleged failure to enforce or train county social workers.

3. The third claim for violation procedural due process based upon removal of Plaintiff's daughter is barred by the two-year statute of limitations.

4. The fourth claim for unlawful interference with Plaintiff's child relationship is barred by the two-year statute of limitations.

5. The fifth claim for violation of the *Civil Code* section 51 is barred by the applicable one-year statute of limitations and also fails to state sufficient facts to state a plausible claim against Defendants because they are not a business

establishment.

6. The sixth claim for negligence is barred by the applicable two-year statute of limitations and also fails to state a plausible claim against the Defendants because social workers are entitled to immunity under *Government Code* sections 820.2 and 821.6.

7. The seventh claim for misrepresentation and actual fraud under *Civil Code* section 1572 is barred by the applicable two-year statute of limitations and also fails to state a plausible claim because it fails to allege with particularity the alleged misrepresentations and circumstances of fraud and does not meet the applicable heightened pleading standard.

8. The eight claim for liability against the County under *Government Code* sections 815.2(a) and 815.6 are barred by the appliable statute of limitations and also fail to state a plausible claim against the County because the County is entitled to the same immunity as the social worker defendants under *Government Code* section 815.2(b), and County cannot be directly liable under *Civil Code* section 51 because it does not apply.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Kiran Idrees, the pleadings and papers on file with this Court, as well as on such oral or documentary evidence as may be presented at the hearing on this motion.

Counsel for Defendants attempted to meet and confer under L.R. 7-3, however, for the reasons stated in the Declaration of Kiran Idrees, a conference was unable to be completed and no resolution was reached to avoid this Motion.

004.639:482803v1

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: February 8, 2024 | Koeller, Nebeker, Carlson & Haluck, LLP |
| 2 | | */s/ Zachary M. Schwartz* |
| 3 | | Zachary M. Schwartz, Esq.<br>Attorneys for Defendants,<br>COUNTY OF ORANGE, PAULINA VELASQUEZ, ANDY NGUYEN, FRANCINA ANDERSON, ELIZABETH MOUA, BRITTANY CHAMBLESS, AND NORMA AVILA |

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
                    )
COUNTY OF ORANGE    )

I, Connie B. Reinglass, declare that:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3 Park Plaza, Suite 1500, Irvine, California 92614-8558.

On **February 8, 2024**, I served the foregoing document, described **DEFENDANTS COUNTY OF ORANGE, PAULINA VELASQUEZ, ANDY NGUYEN, FRANCINA ANDERSON, ELIZABETH MOUA, BRITTANY CHAMBLESS, AND NORMA AVILA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(b)6)]** on the interested parties in this action by placing ☐ the original ☐ a true copy in a separate sealed envelope addressed to the following addresses:

| | |
|---|---|
| Ashley Cornelia Schmitt<br>12913 Harbor Blvd., Ste. Q-3<br>Garden Grove, CA  92840<br><br>(562) 794-3536 | Plaintiff Pro Se |

☐ **BY E-MAIL**: I caused the above-described document(s) to be transmitted to the offices of the interested parties at the e-mail addresses indicated.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM:** On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☐ **BY EXPRESS MAIL OR "ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY":** I deposited such envelope in a box or other facility regularly maintained by the express service carrier at Irvine, California. The envelope was deposited with delivery fees provided for on a fully prepaid basis.

☐ **BY FACSIMILE TRANSMISSION:** This document was transmitted by facsimile transmission and such transmission was reported as complete and without error. The transmission report that was properly issued by the transmitting facsimile machine is attached to the conformed file copy of this document.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be hand-delivered to the office(s) of the addressee(s).

I DECLARE under penalty of perjury under the laws of the United States that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 8, 2024**, at Irvine, California.

                                     */s/ Connie B. Reinglass*
                                     Connie B. Reinglass