JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY CORNELIA SCHMITT,<br><br>              Plaintiff,<br><br>      v.<br><br>ORANGE COUNTY,<br>CALIFORNIA, et al.,<br><br>              Defendants. | Case No. 8:23-cv-01321-JFW (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Motion to Dismiss filed by the County of Orange, Michelle Tolosa, Paulina Velasquez, Andy Nguyen, Francina

Anderson, Elizabeth Moua, Brittney Chambless, and Norma Avila, is granted.  The Third Amended Complaint is dismissed with prejudice and without leave to amend the Section 1983 claims alleged against these defendants.

IT IS FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over the state law claims alleged in the Third Amended Complaint as to these defendants and, therefore, this action is dismissed with prejudice as to these defendants.

DATED: May 7, 2026                        _____
                                          JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE

2