## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **8:23-cv-01321-JFW (DTB)**                    Date: **May 22, 2026**

Title:  **Ashley Cornelia Schmitt v. Orange County California, et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                          n/a
Deputy Clerk                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
        None present                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING PLAINTIFF TO FILE APPLICATION FOR ENTRY OF DEFAULT JUDGMENT OR A NOTICE OF NON-FILING OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

On May 18, 2026, the Court denied Plaintiff's Application for Entry of Default Judgment by Court Clerk Against Defendants Mary Do-Aznar and Chau Do-Aznar pursuant to Federal Rule of Civil Procedure 55(b)(1) ("Application") (see Docket No. 74). (Docket No. 85). The Court noted deficiencies with the Application. (Id.). The Court expressly did not make any determination about the appropriateness of the costs identified by Plaintiff or the appropriateness of seeking entry of default judgment by the Clerk. (Id. at 2, n.1).

Plaintiff is ORDERED to file an Application for Entry of Default Judgment Against Defendants Mary Do-Aznar and Chau Do-Aznar ("Application for Entry of Default Judgment") **by no later than June 5, 2026**.

If Plaintiff decides not to pursue such an application against those defendants, Plaintiff is ORDERED to file a Notice of Non-Filing of Application for Entry of Default Judgment Against Defendants Mary Do-Aznar and Chau Do-Aznar ("Notice of Non-Filing of Application for Entry of Default Judgment") **by no later than June 5, 2026**.

Plaintiff is warned that the failure to file the Application for Entry of Default Judgment or the Notice of Non-Filing of the Application for Entry of Default Judgment by the specified deadline may result in a recommendation that this action be dismissed, as to defendants Mary Do-Aznar and Chau Do-Aznar, for failure to comply with the

MINUTES FORM 11                                Initials of Deputy Clerk  RAM
CIVIL-GEN

Court's Order and/or for failure to prosecute pursuant to Fed.R.Civ.P 41(b).  <u>See</u> <u>Pagtalunan v. Galaza</u>, 291 F.3d 639 (9th Cir. 2002).

        **IT IS SO ORDERED**.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk <u>RAM</u>